IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

K.A., MOTHER OF A.A., A CHILD,

      Appellant,

                                Case No.  5D22-1984
v.                           LT Case No. 2019-DP-150

DEPARTMENT OF CHILDREN AND FAMILIES,

      Appellee.
_____/

Decision filed November 28, 2022

Appeal from the Circuit Court
for Citrus County,
Don F. Briggs, Judge.

Ana Gomez-Mallada, of Ana Gomez-Mallada,
Esq., Fort Lauderdale, for Appellant.

Rachel Batten, of Children's Legal Services,
Brooksville, and Kelley Schaeffer, of Children's
Legal Services, Bradenton, for Appellee.

Sara Elizabeth Goldfarb, Statewide Director of
Appeals and Amanda Victoria Glass, Senior
Attorney, Appellate Division, of Statewide
Guardian ad Litem Office, Tallahassee, for
Statewide Guardian ad Litem.

PER CURIAM.

     AFFIRMED.

EVANDER, EDWARDS and EISNAUGLE, JJ., concur.